No. 94–197.  ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* GREEN ET AL.  C. A. 9th Cir.  Certiorari granted.  Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, November 16, 1994.  Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 13, 1994.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 29, 1994.  This Court's Rule 29.2 does not apply.

No. 94–286.  FREIGHTLINER CORP. ET AL. *v.* MYRICK ET AL.  C. A. 11th Cir.  Motions of American Trucking Associations, Inc., and Truck Trailer Manufacturers Association for leave to file briefs as *amici curiae* granted.  Certiorari granted.  Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, November 16, 1994.  Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 13, 1994.  A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, December 29, 1994.  This Court's Rule 29.2 does not apply.

OCTOBER 11, 1994

No. 93–9597.  STENNETT *v.* TEXAS.  Ct. App. Tex., 14th Dist.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Department of Revenue of Mont.* v. *Kurth Ranch,* 511 U. S. 767 (1994).

No. 93–9673.  GIBBS *v.* FRANKLIN ET AL.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farmer* v. *Brennan,* 511 U. S. 825 (1994).

No. 94–5183.  MICKENS *v.* VIRGINIA.  Sup. Ct. Va.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Simmons* v. *South Carolina,* 512 U. S. 154 (1994).